**Marquis Aurbach Coffing**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jonathan B. Lee, Esq.
Nevada Bar No. 13524
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jlee@maclaw.com
 *Attorneys for Defendant Boulder City Police Department*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN HUNT, individually,<br><br>   Plaintiff,<br><br>vs.<br><br>THE CITY OF BOULDER CITY, a municipality; BOULDER CITY POLICE DEPARTMENT, a political subdivision of the State of Nevada; JOHN GLENN, individually and in his official capacity as a Sergeant of the Boulder City Police Department; DOE OFFICERS I-X; DOES I-X and ROE ENTITIES I-X, inclusive,<br><br>   Defendants. | Case Number:<br>2:17-cv-01519-JCM-NJK |

### STIPULATION TO DISMISS BOULDER CITY POLICE DEPARTMENT WITH PREJUDICE

Defendant Boulder City Police Department ("BCPD"), by and through its attorneys of record, Craig R. Anderson, Esq. and Jonathan B. Lee, Esq., with the law firm of Marquis Aurbach Coffing; and Plaintiff John Hunt, by and through his attorney of record, Jared Richards, Esq. and David T. Blake, Esq., with Clear Counsel Law Group, hereby stipulate as follows:

1. BCPD is dismissed from this action with prejudice;

2. Boulder City Police Department's Motion to Dismiss Plaintiff's Complaint ("Motion") [ECF. No 9], filed on June 21, 2017 is denied as moot; and

MAC:11779-124 3128519_1 7/7/2017 4:11 PM

3. Each party shall bear their own attorneys fees and costs, as they relate to the Motion.

APPROVED AS TO FORM AND CONTENT this ___ day of July, 2017.

| **MARQUIS AURBACH COFFING** | **CLEAR COUNSEL LAW GROUP** |
|---|---|
| By: _/s/ Jonathan B. Lee_<br>Craig R. Anderson, Esq.<br>Nevada Bar No. 6882<br>Jonathan B. Lee, Esq.<br>Nevada Bar No. 13524<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>*Attorneys for Defendants* | By: _/s/ David T. Blake_<br>Jared Richards, Esq.<br>Nevada Bar No.11254<br>David T. Blake, Esq.<br>Nevada Bar No. 11059<br>50 S. Stephanie Street, Suite 101<br>Henderson, Nevada 89102<br>*Attorneys for Plaintiff* |

## ORDER

IT IS SO ORDERED July 13, 2017.

_____
United States District Court Judge