UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN HUNT,

          Plaintiff(s),

v.

THE CITY OF BOULDER CITY, et al.,

          Defendant(s).

Case No. 2:17-cv-01519-JCM-NJK

ORDER

(Docket No. 21)

Pending before the Court is a stipulation to extend various deadlines. Docket No. 21. The only reason provided for the requested 60-day extension is that the parties need more time. *See id.* at 2 ("Discovery must be extended because the parties will not be able to designate any potential expert witnesses by the expert disclosure deadline, which is currently October 17, 2017"). The need for more time is a component of every request for an extension by the very nature of the request being made. The relevant inquiry is whether the circumstances giving rise to the need for additional time are sufficient to establish good cause.[1] The stipulation is **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: October 12, 2017

                                              NANCY J. KOPPE
                                              United States Magistrate Judge

---

[1] The stipulation also lacks particularity as to the discovery conducted to date, indicating that Defendants have served "written discovery" without specification.