Stephen P. Stubbs, Esq.
Nevada Bar No. 10449
626 SOUTH THIRD STREET
Las Vegas, NV 89101
Telephone: (702) 759-3224
Facsimile: (702) 293-3289
E-mail: stephen@stephenpstubbs.com
*Attorneys for Plaintiff John Hunt*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JOHN HUNT, individually

Plaintiff,

v.

THE CITY OF BOULDER CITY, et al.,

Defendants.

CASE NO. 2:17-CV-01519-JCM-NJK

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING RESPONSE TO MOTION FOR SUMMARY JUDGMENT [FIRST REQUEST]**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, JOHN HUNT ("Plaintiff') and THE CITY OF BOULDER CITY ("Defendant"), through their respective counsel, that Plaintiff shall file a response to Defendant's Motion for Summary Judgment (filed February 23, 2018) on or before Friday, March 23, 2018.

DATED this 12th day of March, 2018.

MARQUIS AURBACH COFFING

By: /s/Craig R. Anderson
Craig R. Anderson, Esq.
Nevada Bar No. 6882
1001 Park Run Drive
Las Vegas, NV 89145
*Attorneys for Defendants*
*City of Boulder City and Sergeant Glenn*

By: /s/ Stephen P. Stubbs
Stephen P. Stubbs, Esq.
Nevada Bar No. 10449
626 South Third Street
Las Vegas, NV 89101
*Attorneys for John Hunt*

**ORDER**

IT IS SO ORDERED.

Dated March 15, 2018.

UNITED STATES DISTRICT JUDGE